UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRISTIAN DIAZ ORTIZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 18-12600-PBS |
| v. | ) |
| | ) |
| YOLANDA SMITH, Superintendent of | ) |
| Suffolk County Correctional Facility, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEAL

Respondent, Yolanda Smith, in her official capacity as Superintendent of Suffolk County Correctional Facility,[1] appeals to the United States Court of Appeals for the First Circuit, pursuant to 28 U.S.C. § 1291, from the Court's January 29, 2019 Order, ECF No. 27, which allowed the Petition for Writ of Habeas Corpus in this case.

Respectfully submitted this 29th day of March, 2019.

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

COLIN A. KISOR
Assistant Director

JESSICA W. D'ARRIGO
Senior Litigation Counsel

By: s/ *C. Frederick Sheffield*
C. FREDERICK SHEFFIELD

---

[1] The Court dismissed Respondents Steven W. Tompkins and Todd Lyons on December 19, 2018.  *See* ECF No. 8.

Trial Attorney
Office of Immigration Litigation – DCS
U.S. Dep't of Justice, Civil Division
P.O. Box 868, Ben Franklin Stn.
Washington, DC 20044
(202) 532-4737
Carlton.f.sheffield@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, C. Frederick Sheffield, Trial Attorney for the Department of Justice Office of Immigration Litigation, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants.

        */s/ C. Frederick Sheffield*
        C. Frederick Sheffield

Dated: Mach 29, 2019