FILED
IN CLERKS OFFICE

2019 JAN -9 AM 10: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTIAN DIAZ ORTIZ,

*Petitioner*

v.

YOLANDA SMITH,

*Respondent.*

Civil Action No.

18-cv-12600-PBS

### MOTION OF JOHN A. HAWKINSON, PRO SE, TO
### (1) INTERVENE SEEKING REMOTE PACER ACCESS; AND
### (2) FOR ECF FILING PRIVILEGES

John A. Hawkinson, a freelance news reporter writing for *Cambridge Day*, respectfully **(1)** moves to intervene in this action for the limited purpose of filing a motion seeking an order allowing the public to remotely access non-sealed electronic court filings on PACER in this case pursuant to Fed. R. Civ. P. 5.2(c).

"Third parties, like the media entities, 'have standing to assert their claim of access to documents in a judicial proceeding.' The proper procedural method for asserting access ... is a motion to intervene pursuant to Fed. R. Civ. P. 24.'" *United States ex rel. Franklin v. Parke-Davis*, 210 F.R.D. 257, 258 (D. Mass 2002) (Saris, J.) (citing *Public Citizen v. Liggett Group, Inc.*, 858 F.2d 775, 783, 787 (1st Cir. 1988)). *See also In re Globe Newspaper Co.*, 729 F.2d 47, 50 n.2 (1st Cir. 1984) ("Some courts have held that media representatives may challenge closure orders by appeal if they first intervene in the underlying action."); *Lunn v. Smith*, No. 17-cv-10938-IT, D.E. 42, 43 (D. Mass, Aug. 21, 2017) (granting the Hawkinson's motions to intervene and to permit remote PACER access in an immigration case).

[Handwritten annotation: 3/20/19 Allowed with respect to the redacted filings. /s/ PBSaris]